# EXHIBIT 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | June 21, 2017 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-129F, Petition for Alien Fiance(e) | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| | June 19, 2017 | 1 of 1 |
| | | DATE OF BIRTH |

OTHMANE KHOUNGUI
C/O OTHMANE KHOUNGUI

5  00000966

PAYMENT INFORMATION:

Application/Petition Fee: $535.00
Biometrics Fee: $0.00
Total Amount Received: $535.00
Total Balance Due: $0.00

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-129F, Petition for Alien Fiance(e) has been received by our office for the following beneficiaries and is in process:

Name                Date of Birth        Country of Birth    Class (If Applicable)
RHIMI, SARAH                             MOROCCO

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
California Service Center
P.O. Box 30111
Laguna Niguel, CA  92607-0111

**USCIS Customer Service Number:**
(800)375-5283
APPLICANT COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  07/11/14  Y

# EXHIBIT 2

DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| WAC1790368114 | | I129F - PETITION FOR FIANCE(E) |
| Received Date | Priority Date | Petitioner  |
| 06/19/2017 | | KHOUNGUI, OTHMANE |
| Notice Date | Page | Beneficiary |
| 01/02/2018 | 1 of 1 | RHIMI, SARAH |

OTHMANE KHOUNGUI
c/o OTHMANE KHOUNGUI

Notice Type: Approval Notice
Valid from 01/02/2018 to 05/01/2018

The above petition has been approved, and forwarded to the listed consulate. Please contact the consulate with any questions about visa issuance, or if you would now like them to forward the petition to a different consulate. The petitioner can also file Form I-824, *Application for Action on an Approved Application or Petition*, to request that we notify another consulate of the petition approval for visa processing purposes. THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

When the person this petition is for enters the U.S. based on this visa, he or she will be admitted for ninety (90) days in order to marry the petitioner, and based on that marriage file for adjustment to permanent resident status on Form I-485. The form to apply for adjustment can be obtained at any local USCIS office or USCIS forms center. Please attach a copy of this notice to the adjustment application when you file it.

If the petitioner and the fiance(e) do not marry within these 90 days, status will expire, and he or she will be in violation of the Immigration and Nationality Act if he or she does not depart. An extension cannot be granted. It is requested that the petitioner inform his or her local USCIS office if he or she determines that the marriage will not take place within the 90 day period. Please attach a copy of this notice to any correspondence about this case.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111
Customer Service Telephone: 800-375-5283



# EXHIBIT 3



Select Tooltip Language [العربية (Arabic)]

- Exit

# Online Nonimmigrant Visa Application (DS-160)

## Confirmation



AA007N23BW

هذا تأكيد على تقديم إستمارة التأشيرة لغير الهجرة لـ



| | | |
|---|---|---|
| الاسم المعطى: | RHIMI, SARAH | |
| تاريخ الميلاد: | ███████ | الموقع الذي تم اختياره: |
| محل الميلاد: | FES, MOROCCO | CSB |
| الجنس: | Female | U.S. Consulate Casablanca |
| الجنسية: | MOROCCO | 8, Boulevard Moulay Youssef |
| رقم جواز السفر: | TI4034859 | Casablanca 2000 |
| الغرض من السفر: | FIANCÉ(E) OF A U.S. CITIZEN (K1) | Morocco |
| تاريخ إستكمال الطلب: | 20 FEB 2018 | |
| رقم التأكيد: | AA007N23BW | Version 01.04.01 |

هذه ليست تأشيرة

[ Print Confirmation ]   [ Print Application ]   [ Email Confirmation ]

هو أول خطوة في إجراءات طلب التأشيرة. الخطوة التالية هي زيارة ومراجعة صفحة الانترنت الخاصة DS-160 ملاحظة: التقديم الالكتروني للاستمارة رقم السفارة أو القنصلية بالسفارة أو القنصلية التي تعتزمون تقديم الطلب بها. يتعين على معظم طالبي التأشيرات جدولة موعد للمقابلة الخاصة بطلب التأشيرة، رغم أنه ربما يحق لبعض المتقدمين تجديد تأشيراتهم. السفارة أو القنصلية المعلومات الخاصة بالسفارة أو القنصلية قد تشمل تعليمات محلية محددة بخصوص جدولة مواعيد المقابلات، وتقديم طلب التأشيرة، وغير ذلك من الأسئلة الشائعة.

يجب عليك إحضار صفحة التأكيد والمستندات التالية في كل الخطوات أثناء إجراءات الطلب:
I-129F جواز السفر؛ إثبات بالموافقة على طلب الـ

يمكنك أيضاً الإدلاء بمستندات إضافية والتي يمكن أن تدعم طلبك للتأشيرة

# EXHIBIT 4

U.S. Department of State
IMMIGRANT VISA APPLICATION

# Administrative Processing

Immigrant Visa Case Number: CSB2018524001 01 CSB
Case Created: 24-Jan-2018
Case Last Updated: 11-Jul-2018

Your visa case is currently undergoing necessary administrative processing. This processing can take several weeks. Please follow any instructions provided by the Consular Officer at the time of your interview. If further information is needed, you will be contacted. If your visa application is approved, it will be processed and mailed/available within two business days. Under the U.S. Immigration and Nationality Act, Immigrant Visas for "Diversity Visas" cannot be issued after September 30th of the year in which you were selected to apply for a Diversity Visa. For example, entrants into the Diversity Visa Program in Fall of 2011 were selected for Diversity Visa 2012 Program, and selectees MUST apply and receive their visa prior to September 30, 2012 otherwise they lose eligibility to receive a Diversity Immigrant Visa, regardless of additional administrative processing. In addition, please note that some immigrant visas may not be able to be issued if the annual numerical limit for that category has been reached.
For more information, please visit TRAVEL.STATE.GOV.

Close

**From:** Othmane Khoungui [mailto:okhoungui@gmail.com]
**Sent:** Tuesday, April 17, 2018 5:02 PM
**To:** IV, Casablanca
**Subject:** Re: K1 Approval Notice

Dear Sir/ Madam,

Thank you very much for the quick response to my inquiry. Can you please help me understand the reason behind this delay. I check our case on the NVC website everyday and the latest update shown was on 3/15/2018. I would much appreciate it if you can please advise me of why there is a possibility to wait 9 months or longer for a reason that I am "the petitioner" can't be informed of. After the interview, my fiancée was promised to expect a response within 3 weeks. I kindly ask you to please let me know if there something I can do from my end to assist with speeding up the process.

Sincerely,

Othmane Khoungui
Phone#: ███
Email: ███

On Apr 16, 2018, at 9:44 AM, IV, Casablanca <IVCasablanca@state.gov> wrote:

> Dear Sir,
>
> Thank you for your email inquiry. Your case is still under an administrative review. Most administrative processing is resolved within six to nine months of the visa interview, but the timing can vary based on the individual circumstances of each case. The Department of State is continuously working to improve processing and expedite visas and we appreciate your patience.
>
> ***Immigrant Visa Unit***
>
> ***8, BLVD Moulay Youssef***
>
> ***Casablanca, Morocco***
>
> ***Phone: 0522642000***
>
> ***Public E-mail: IVCASABLANCA@STATE.GOV***
>
> ***Website:***
> ***http://redirect.state.sbu/?url=www.morocco.usembassy.gov/visas/immigrant-visas.html***

2

HS

**Official - SBU**
**UNCLASSIFIED**

**From:** Othmane Khoungui [mailto:█████]
**Sent:** Monday, April 16, 2018 1:34 PM
**To:** IV, Casablanca
**Subject:** Re: K1 Approval Notice

Dear Sir/ Madam,

My fiancée, SARAH RHIMI, had an interview on 03/01/2018 for her K1 visa. She returned a completed DS-5535 on 3/2/2018 to the email that was provided to her. After I inquired about the status of the DS-5535, I was informed that it was received. However, It has been 6 weeks since my fiancée's interview and we have not heard anything about the status of her visa. I'm not sure what is the cause or reason of the delay. Can you please provide me with an update regarding her visa and when should we expect a response?

Case Type: I-129F Petition for Fiancé
USCIS receipt number: WAC1790368114
NVC receipt number: CSB2018524001
Invoice number: 420038508
Petitioner: OTHMANE KHOUNGUI
Petitioner █████
Petitioner A#: █████
Beneficiary: SARAH RHIMI
Beneficiary A#: █████

Beneficiary DOB: █████

Sincerely,
Othmane Khoungui
Phone number: █████
Email: █████

On Feb 5, 2018, at 6:47 AM, IV, Casablanca <IVCasablanca@state.gov> wrote:

Dear Mr. OTHMANE KHOUNGUI:

This is to notify you that we have received your fiancée's approved K-1- visa petition. Her K-1- visa interview is scheduled for March 01, 2018 at 1:00 pm. Find attached her K1 packet and her appointment letter.

She needs to fill out the DS-160 online through the following website: www.travel.state.gov , print out the confirmation of the

3

DS-160 submission, bring it along with all the required documents, and go for her medical exam prior to coming to her visa interview.

She must print out this email and bring it to both the panel physician for the medical exam and to the Consulate in order to be admitted for the interview.

We hope the above information will be of assistance to you.

*Immigrant Visa Unit*
*8, BLVD Moulay Youssef*
*Casablanca, Morocco*
*Phone: 0522264550*
*Public E-mail: IVCASABLANCA@STATE.GOV*
*Website:*
*http://redirect.state.sbu/?url=www.morocco.usembassy.gov/visas/immigrant-visas.html*
*AG*

Official - SBU
UNCLASSIFIED

**From:** Othmane Khoungui [mailto:█████████]
**Sent:** Thursday, February 01, 2018 9:57 PM
**To:** IV, Casablanca
**Subject:** Re: K1 Approval Notice

Dear Sir/ Madam,

Thank you for your quick responses to my inquiry. I received today an email from NVC stating that the case has been approved and forwarded to the consulate. They provided me with a case and invoice numbers. Please see below the application information. Kindly, let me know what are the next steps needed to be taken prior to the interview.

Case Type: I-129F Petition for Fiancé
USCIS receipt number: WAC1790368114
NVC receipt number: CSB2018524001
Invoice number: 420038508
Petitioner: OTHMANE KHOUNGUI
Petitioner DOB: █████
Petitioner A#: █████
Beneficiary: SARAH RHIMI
Beneficiary A#: █████ (This number was printed on the approval notice)

4